# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-916-309

**Effective date of
registration:**

May 19, 2014

---

## Title

**Title of Work:** COLLECTION OF BREAKUPS TO MAKEUP TAG LINES AND ART

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 9, 2013        **Nation of 1st Publication:** United States

## Author

- **Author:** BREAKUPS TO MAKEUP LLC

  **Author Created:** 2-D artwork

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** BREAKUPS TO MAKEUP LLC

21 Red Pine Drive, Medford, NY, 11763, United States

## Rights and Permissions

**Organization Name:** Breakups to Makeup LLC

## Certification

**Name:** Frank J. Martinez, Esq.

**Date:** May 19, 2014

**Applicant's Tracking Number:** 1445-6

**Correspondence:** Yes





# I'M ONLY HELPLESS WHILE MY NAILS ARE DRYING





LOSING YOU HURT
BUT LOSING MY
MAKEUP BAG
WOULD BE A TRAGEDY



# I MAY NOT BE PERFECT BUT MY MAKEUP IS



# PAINTING MY OWN NAILS IS HARD, BUT POLISHING MY EX... THAT WAS EASY

GOOD MAKEUP
MAKES
BAD DECISIONS

NEVER ASK A PERSON WITH PERFECT EYEBROWS WHY THEY ARE LATE TO ANYTHING

MY IDEA OF COMMITMENT
IS STAYING FAITHFUL
TO MY HAIRSTYLIST

MY MAKEUP
BRINGS
ALL THE BOYS
TO THE YARD

# YOU CAN'T MAKE UP WITH US



WebVoyage Record View 1

contabiling.loc.gov/cgi-bin/Pwebrecon.cgi?v1=16&ti=1-16&search_Arg=collection

Most Visited   Getting Started   USPTO   Business Insider   Gizmodo   VentureBeat   Copyright   Core77   Bloomberg   NYS   WNYC   Wayback

# Copyright
United States Copyright Office

Help   Search   History   Titles   Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = collection of breakups to makeup
Search Results: Displaying 1 of 2 entries

previous   next

Labeled View

*Collection of Breakups to Makeup 9-14 Designs.*

Type of Work: Visual Material
Registration Number / Date: VA0001927882 / 2014-09-08
Application Title: Collection of Breakups to Makeup 9-14 Designs.
Title: Collection of Breakups to Makeup 9-14 Designs.
Description: Electronic file (eService)
Copyright Claimant: BREAKUPS TO MAKEUP LLC. Address: 21 Red Pine Drive, Medford, NY, 11763, United States.
Date of Creation: 2014
Date of Publication: 2014-09-05
Nation of First Publication: United States
Authorship on Application: BREAKUPS TO MAKEUP LLC, employer for hire; Citizenship: United States. Authorship: 2-D artwork.
Rights and Permissions: BREAKUPS TO MAKEUP
Copyright Note: C.O. correspondence.
Names: BREAKUPS TO MAKEUP LLC

previous   next

### Save, Print and Email (Help Page)
Select Download Format  Full Record     Format for Print/Save
Enter your email address:                          Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# CROSS MY HEART HOPE TO DIE, STICK MASCARA IN MY EYE

♥ BREAKUPS TO MAKEUP

# DIFFERENT BREED....

#SORRY**NOT**SORRY



# MY MAKEUP MADE ME DO IT





# THIS IS NEW YORK CITY; OUR MAKEUP NEEDS TO LOOK GOOD ♥